# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRE/BATON OPERATING LESSEE, LLC,** a Foreign Limited Liability Company,

Appellant,

v.

**ANITA SUCHOFF,**

Appellee.

Nos. 4D19-2249 and 4D19-2647

[May 7, 2020]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey D. Gillen and Glenn D. Kelley, Judges; L.T. Case No. 50-2018-CA-007277-XXXX-MB.

Hinda Klein of Conroy Simberg, Hollywood, for appellant.

Philip M. Burlington and Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach; and Todd Cash Alofs of the Law Offices of Todd Cash Alofs, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and LEVENSON JEFFREY R., Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***